# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FELTON COUSIN

NO. 2021 KW 0946

**OCTOBER 25, 2021**

---

In Re: Felton Cousin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 244,496.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT